UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No. 23-cr-00036-PB |
| ) | |
| STEVEN POWELL ) | |

WITHDRAWAL OF APPEARANCE

Please enter my withdrawal as counsel for the United States of America in the above-entitled matter.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Date: January 17, 2025     By:  /s/ John J. McCormack
John J. McCormack
First Assistant U.S. Attorney
53 Pleasant Street, 4th floor
Concord, NH 03301
Jay.McCormack@usdoj.gov